| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Hughes, Lynn N | 2. Court or Organization<br><br>Southern District of Texas | 3. Date of Report<br><br>8/21/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Suite 11122<br><br>515 Rusk Avenue<br><br>Houston, Texas 77002-2605 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.   Independent Executor | Dead▇▇▇▇ Estate (no interest, no compensation) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

Amended

FINANCIAL DISCLOSURE OFFICE
RECEIVED Aug 24 11 18 AM '04

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Hughes, Lynn N | Date of Report<br><br>8/21/2004 |
|---|---|---|

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan-Dec | costume design, contract |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Geo. Mason Univ. Law & Economics Center | Seminar, Santa Fe, travel, lodging, board, Sept 11-14 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Compass Bank | Guaranty for ▮▮▮▮ | K |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children See pp 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ** Land ******* | | ******* | | | ******* | | | | ******* |
| 2. Tract One, grazing, Colorado County, Texas | D | Rent | N | R | | | | | Individual farmer |
| 3. Tract Two, rice, Colorado & Wharton Counties, Texas | E | Rent | M | R | | | | | Individual farmer |
| 4. Tract Three, store, Colorado County, Texas | | None | K | R | | | | | Vacant |
| 5. ** IRA One ******* | | ******* | | | ******* | | | | ******* |
| 6. Alliance Bernstein Tech | A | Distribution | K | T | | | | | Evolved, added Bernstein |
| 7. Jennison 20/20 Focus | | None | J | T | | | | | Evolved, ex-Pru |
| 8. Van Kampen Emerging Markets | | None | K | T | | | | | Evolved, ex-Asian |
| 9. ** IRA Two ********* | | ******* | - | | ******** | | | | ********* |
| 10. Strategic Partners Oppor. MCV | A | Distribution | K | T | | | K | | |
| 11. ** Equities One ***** | | ******* | | | ******** | | | | ******* |
| 12. Sun Micro | | None | K | T | | | | | |
| 13. Prosperity Bancshares | A | Dividend | K | W | | | | | |
| 14. Unocal | B | Dividend | L | T | | | | | |
| 15. Wells Fargo & Co | E | Dividend | P1 | T | | | | | |
| 16. ** Equities Two ******* | | ******** | | | ****** | | | | ****** |
| 17. Wells Fargo & Co | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ** Estate ****** | | ******* | | | ******** | | | | ******* |
| 19. UBS Pace Global Income | A | Distribution | K | T | | | | | Evloved |
| 20. UBS High Income | A | Distribution | J | T | | | | | Evolved |
| 21. TXU Corp | A | Dividend | J | T | | | | | |
| 22. UBS Cashfund | A | Interest | J | T | | | | | Note one |
| 23. Putnam Global Equity | A | Distribution | J | T | Found | | | | Lost asset |
| 24. ** Mutual Funds One ****** | | ******* | | | | | | | **Note Three** |
| 25. AIM International Growth | A | Distribution | N | T | | | | | |
| 26. ING Financial | A | Distribution | L | T | | | | | ex Pilgrim Bank |
| 27. Belmar Capital Fund LLC | E | Distribution | O | T | | | | | |
| 28. Jennison Equity Opportunity | A | Distribution | N | T | | | | | |
| 29. AIM Basic Value | A | Distribution | N | T | | | | | |
| 30. Jennison US Emerging Growth | | None | N | T | | | | | ex-Pru |
| 31. Pioneer | A | Distribution | N | T | | | | | |
| 32. Smith Barney Aggressive Growth | | None | N | T | | | | | |
| 33. AIM Developing Markets | A | Distribution | N | T | | | | | |
| 34. ING Large Cap Growth | | None | L | T | | | | | |
| 35. AIM Asia Pacific | A | None | N | T | | | | | Asia Pacific Growth |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. Bell County, Texas | B | Interest | K | T | | | | | |
| 55. Cinco, Texas Mun Util Dist | A | Interest | K | T | | | | | |
| 56. Hays, Texas, ISD - 2 | B | Interest | K | T | | | | | |
| 57. Denver Airport - 2 | B | Interest | K | T | | | | | |
| 58. Illinois Health - 2 | B | Interest | M | T | Bought | 6/11 | | | K value sale 8/2, no gain, |
| 59. Hays, Texas ISD | B | Interest | K | T | | | | | |
| 60. Idaho Housing | B | Interest | K | T | | | | | |
| 61. Waller, Texas, ISD | B | Interest | K | T | | | | | |
| 62. Maine 2000 | B | Interest | L | T | Bought | 2/24 | | | |
| 63. ** Minerals ******* | | ******* | - | | ******** | | | | **Note Five** |
| 64. MI-03 | A | Royalty | J | W | | | | | Everest Minerals |
| 65. MI-04 | B | Royalty | L | W | | | | | Galloway Energy |
| 66. MI-10 | A | Royalty | J | W | | | | | Turner now Prod Gather SJ |
| 67. MI-16 | A | Royalty | J | W | | | | | Caswell Silver now Blue Door |
| 68. MI-17 | B | Royalty | K | W | | | | | Burlington Resources |
| 69. MI-19 | A | Royalty | J | W | | | | | McLane now Gensis |
| 70. MI-21 | B | Royalty | K | W | | | | | Sun Oil |
| 71. MI-22 | A | Royalty | J | W | | | | | Devon Energy |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 72. MI-30 | D | Royalty | L | W | | | | | Wagner Oil Clay |
| 73. MI-31 | D | Royalty | L | W | | | | | Wagner Oil Shier |
| 74. MI-33 | C | Rent | J | W | Lease | 9/26 | | | Dudley Land Co. |
| 75. MI-34 | E | Royalty | | | Shut | | | | Kaiser-Francis |
| 76. *** Money Market Funds *** | | | | | | | | | ******** |
| 77. Wachovia | B | Interest | L | T | | | | | Note One |
| 78. ** Bank Accounts ******* | | ******* | | | | | | | ******* |
| 79. Bank of America | A | Interest | J | T | | | | | |
| 80. Bank One/JPMorgan-Chase | A | Interest | L | T | | | | | Merger |
| 81. Compass Bank - T | A | Interest | K | T | | | | | |
| 82. Compass Bank - G | A | Interest | K | T | | | | | |
| 83. Compass Bank - P | A | Interest | J | T | | | | | New account |
| 84. Wells Fargo | A | Interest | L | T | | | | | |
| 85. ******* End ******* | | | | | | | | | ***** End *** |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

Note One: Cash balances in brokerage accounts bear interest at the broker's money market rate.

Note Two: Capital gains distributions in mutual funds are automatically reinvested.

Note Three: To the extent that the names of mutual funds on this year's report do not match earlier reports, it is only a consequence of a series of confusing names changes and mergers. Other than the partial excange reported on line 56 last year, these are the funds bought in 1996 and re-allocated in 1999. Although I may have been able to vote on the merger or evolution of the fund, I was not able to control the nature or timing of the transactions.

Note Four: The five municipal bond transactions were the only securities transactions in any account.

Note Five: Operators of mineral interests change by agreement between themselves without control by the royalty owner at all.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature     Date   8-21-4

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT -

### Calendar Year 2003

in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Hughes, Lynn N | 2. Court or Organization  Southern District of Texas | 3. Date of Report  6/14/2004 |
|---|---|---|

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge | 5. ReportType (check appropriate type)  ○ Nomination      Date  ○ Initial     ● Annual     ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address  Suite 11122  515 Rusk Avenue  Houston, Texas 77002-2605 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____   Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Independent Executor | Dead Relative's Estate (no interest, no compensation) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | PARTIES AND TERMS |
|---|---|
| 1. | |

Copy

RECEIVED
Jun 14   2 20 PM '04
FINANCIAL
DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hughes, Lynn N | 6/14/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income If you were married during any portion of the reporting year. please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan-Dec | costume design, contract |

## IV. REIMBURSEMENTS – transportation. lodging. food. entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Geo. Mason Univ. Law & Economics Center | Seminar, Santa Fe, travel, lodging, board, Sept 11-14 |

## V.  GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE**   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE**   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.   Compass Bank | Guaranty for Relative | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ** Land ******* | | ******* | | | ******* | | | | ******* |
| 2. Tract One, grazing, Colorado County | D | Rent | O | S | | | | | Individual farmer |
| 3. Tract Two, rice, Colorado & Wharton Counties | E | Rent | O | S | | | | | Individual farmer |
| 4. Tract Three, store, Colorado County | | None | K | S | | | | | Vacant |
| 5. ** IRA One ******* | | ******* | | | ******* | | | | ******* |
| 6. Alliance Bernstein Tech | A | Distribution | K | T | | | | | Evolved, added Bernstein |
| 7. Jennison 20/20 Focus | | None | J | T | | | | | Evolved, ex-Pru |
| 8. Van Kampen Emerging Markets | | None | K | T | | | | | Evolved, ex-Asian |
| 9. ** IRA Two ******* | | ******* | | | ******* | | | | ******* |
| 10. Strategic Partners Oppor. MCV | A | Distribution | K | T | | | K | | |
| 11. ** Equities One ***** | | ******* | | | ******* | | | | ******* |
| 12. Sun Micro | | None | K | T | | | | | |
| 13. Prosperity Bancshares | A | Dividend | K | W | | | | | |
| 14. Unocal | B | Dividend | L | T | | | | | |
| 15. Wells Fargo & Co | E | Dividend | P1 | T | | | | | |
| 16. ** Equities Two ******* | | ******* | | | ****** | | | | ****** |
| 17. Wells Fargo & Co | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp 34-57 of filing instructions )

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g<br>div rent or<br>int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. ** Estate ****** | | ****** | | | ******** | | | | ******* |
| 19. UBS Pace Global Income | A | Distribution | K | T | | | | | Evloved |
| 20. UBS High Income | A | Distribution | J | T | | | | | Evolved |
| 21. TXU Corp | A | Dividend | J | T | | | | | |
| 22. UBS Cashfund | A | Interest | J | T | | | | | Note one |
| 23. Putnam Global Equity | A | Distribution | J | T | Found | | | | Lost asset |
| 24. ** Mutual Funds One ****** | | ****** | | | | | | | **Note Three** |
| 25. AIM International Growth | A | Distribution | N | T | | | | | |
| 26. ING Financial | A | Distribution | L | T | | | | | ex Pilgrim Bank |
| 27. Belmar Capital Fund LLC | E | Distribution | O | T | | | | | |
| 28. Jennison Equity Opportunity | A | Distribution | N | T | | | | | |
| 29. AIM Basic Value | A | Distribution | N | T | | | | | |
| 30. Jennison US Emerging Growth | | None | N | T | | | | | ex-Pru |
| 31. Pioneer | A | Distribution | N | T | | | | | |
| 32. Smith Barney Aggressive Growth | | None | N | T | | | | | |
| 33. AIM Developing Markets | A | Distribution | N | T | | | | | |
| 34. ING Large Cap Growth | | None | L | T | | | | | |
| 35. AIM Asia Pacific | A | None | N | T | | | | | Asia Pacific Growth |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 36. ** Mutual Funds Two ****** | | | | | | | | | ******* |
| 37. Alliance Bernstein Biotech | A | Distribution | K | T | | | | | |
| 38. Delaware US Growth | | None | O | T | | | | | |
| 39. Delaware International Equity | A | Distribution | L | T | | | | | ex Global |
| 40. Delaware Trend | | None | L | T | | | | | |
| 41. Van Kampen Emerging Markets | | None | L | T | | | | | ex Latin America |
| 42. DelawareDecatur G&I Large Cap Value | B | Distribution | N | T | | | | | |
| 43. Delaware Sam Cap Value | A | Distribution | N | T | | | | | |
| 44. Jennison Equity Opportunity | | None | M | T | | | | | |
| 45. ** Government Bonds ******* | | ******* | - | | ******** | | | | ******* |
| 46. West University Place, 1996s | C | Interest | | | Matured | 2/3 | K | A | Partial |
| 47. Copperas Cove, Texas | A | Interest | | | Matured | 11/17 | J | A | |
| 48. Harris County MUD 151 | B | Interest | K | T | | 97 | | | |
| 49. Austin Utilities | B | Interest | K | T | | 99 | | | |
| 50. Weld County, Colorado, Schools | A | Interest | J | T | | 98 | | | |
| 51. Adams County, Colorado, Schools | B | Interest | K | T | | 98 | | | |
| 52. Round Rock, Texas, ISD | A | Interest | K | T | | 99 | | | |
| 53. Arizona Student Housing | C | Interest | L | T | | 00 | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 54. Bell County, Texas | B | Interest | K | T | | | | | |
| 55. Cinco, Texas Mun Util Dist | A | Interest | K | T | | | | | |
| 56. Hays, Texas, ISD - 2 | B | Interest | K | T | | | | | |
| 57. Denver Airport - 2 | B | Interest | K | T | | | | | |
| 58. Illinois Health - 2 | B | Interest | M | T | Bought | 6/11 | | | K value sale 8/2, no gain, |
| 59. Hays, Texas ISD | B | Interest | K | T | | | | | |
| 60. Idaho Housing | B | Interest | K | T | | | | | |
| 61. Waller, Texas, ISD | B | Interest | K | T | | | | | |
| 62. Maine 2000 | B | Interest | L | T | Bought | 2/24 | | | |
| 63. ** Minerals ******* | | ******* | - | | ******** | | | | **Note Five** |
| 64. MI-03 | A | Royalty | J | W | | | | | Everest Minerals |
| 65. MI-04 | B | Royalty | L | W | | | | | Galloway Energy |
| 66. MI-10 | A | Royalty | J | W | | | | | Turner now Prod Gather SJ |
| 67. MI-16 | A | Royalty | J | W | | | | | Caswell Silver now Blue Door |
| 68. MI-17 | B | Royalty | K | W | | | | | Burlington Resources |
| 69. MI-19 | A | Royalty | J | W | | | | | McLane now Gensis |
| 70. MI-21 | B | Royalty | K | W | | | | | Sun Oil |
| 71. MI-22 | A | Royalty | J | W | | | | | Devon Energy |

1 Income Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2 Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3 Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children  See pp 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g div, rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer seller (if private transaction) |
| 72. MI-30 | D | Royalty | L | W | | | | | Wagner Oil Clay |
| 73. MI-31 | D | Royalty | L | W | | | | | Wagner Oil Shier |
| 74. MI-33 | C | Rent | J | W | Lease | 9/26 | | | Dudley Land Co. |
| 75. MI-34 | E | Royalty | | | Shut | | | | Kaiser-Francis |
| 76. *** Money Market Funds *** | | | | | | | | | ******** |
| 77. Wachovia | B | Interest | L | T | | | | | Note One |
| 78. ** Bank Accounts ******* | | ******* | | | | | | | ******* |
| 79. Bank of America | A | Interest | J | T | | | | | |
| 80. Bank One/JPMorgan-Chase | A | Interest | L | T | | | | | Merger |
| 81. Compass Bank - T | A | Interest | - K | T | | | | | |
| 82. Compass Bank - G | A | Interest | K | T | | | | | |
| 83. Compass Bank - P | A | Interest | J | T | | | | | New account |
| 84. Wells Fargo | A | Interest | L | T | | | | | |
| 85. ******* End ******* | | | | | | | | | ***** End *** |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hughes, Lynn N | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 72. MI-30 | D | Royalty | L | W | | | | | Wagner Oil Clay |
| 73. MI-31 | D | Royalty | L | W | | | | | Wagner Oil Shier |
| 74. MI-33 | C | Rent | J | W | Lease | 9/26 | | | Dudley Land Co. |
| 75. MI-34 | E | Royalty | | | Shut | | | | Kaiser-Francis |
| 76. *** Money Market Funds *** | | | | | | | | | ******** |
| 77. Wachovia | B | Interest | L | T | | | | | Note One |
| 78. ** Bank Accounts ******* | | ******* | | | | | | | ******* |
| 79. Bank of America | A | Interest | J | T | | | | | |
| 80. Bank One/JPMorgan-Chase | A | Interest | L | T | | | | | Merger |
| 81. Compass Bank - T | A | Interest | K | T | | | | | |
| 82. Compass Bank - G | A | Interest | K | T | | | | | |
| 83. Compass Bank - P | A | Interest | J | T | | | | | New account |
| 84. Wells Fargo | A | Interest | L | T | | | | | |
| 85. ******* End ******* | | | | | | | | | ***** End *** |

| 1 Income Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,061-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report)

Note One:  Cash balances in brokerage accounts bear interest at the broker's money market rate.

Note Two:  Capital gains distributions in mutual funds are automatically reinvested.

Note Three:  To the extent that the names of mutual funds on this year's report do not match earlier reports, it is only a consequence of a series of confusing names changes and mergers. Other than the partial excange reported on line 56 last year, these are the funds bought in 1996 and re-allocated in 1999. Although I may have been able to vote on the merger or evolution of the fund, I was not able to control the nature or timing of the transactions.

Note Four:  The five municipal bond transactions were the only securities transactions in any account.

Note Five:  Operators of mineral interests change by agreement between themselves without control by the royalty owner at all.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hughes, Lynn N | 6/14/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date___ 6 . 12 . 2l ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544